**Margots KAPACS Plaintiff-Appellant**

v.

**Anita JUREVICA, et al. Defendants-Appellees**

No. 16-1885

United States Court of Appeals, Eighth Circuit.

Submitted: February 7, 2017

Filed: February 9, 2017

Margots Kapacs, Pro Se

Lawrence Herman Crosby, Jay Olson, Crosby & Associates, Saint Paul, MN, for Defendants-Appellees Anita Jurevica, Lawrence Herman Crosby, Jay Olson

Andrew Tweeten, Assistant Attorney General, Attorney General's Office, Saint Paul, MN, for Defendants-Appellees Judge Martha Holton Dimick, Minnesota Court of Appeals

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Margots Kapacs appeals after the district court [1] dismissed his pro se complaint alleging violations of 42 U.S.C. § 1983 and the Racketeer Influenced and Corrupt Or-

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommenda-

ganizations Act. Upon careful review, we conclude the action was properly dismissed for the reasons stated in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47B.

tions of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.